
U.S. DIST. COURT EAST DIST. WISC
FILED
MAR 1 2 2015
AT_____O'CLOCK_____M
JON W. SANFILIPPO, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: PETITIONS FOR EXECUTIVE CLEMENCY

## ADMINISTRATIVE ORDER

**WHEREAS** a number of defendants sentenced to terms of imprisonment in the Eastern District of Wisconsin may apply for executive clemency pursuant to the criteria announced by the United States Department of Justice in 2014, and

**WHEREAS** some such defendants may be represented by lawyers who did not represent them in their original sentencing proceedings, and

**WHEREAS** such lawyers must review their clients' presentence reports in order to determine their eligibility for executive clemency, and

**WHEREAS** the Screening and Steering Committees of Clemency Project 2014 will also be reviewing defendants' records to determine whether they meet the eligibility criteria,

**IT IS ORDERED** that the U.S. Probation Office of this District is authorized to provide a defendant's presentence report to that defendant's counsel upon receipt of an appropriate consent form signed by the defendant. A consent in the form of Attachment A to this Order shall be deemed sufficient. This authorization also applies to any objections filed to the presentence report, as well as addenda to the report and any motions and memoranda filed in connection with the defendant's sentencing. Upon counsel's receipt of

these documents, the confidentiality required by this Court's local rules is required, except that the documents may be shared with the Office of the Pardon Attorney and with the Screening and Steering Committees of Clemency Project 2014.

Dated at Green Bay, Wisconsin, this /2τL day of March, 2015.

BY THE COURT

/s/ William C. Griesbach
WILLIAM C. GRIESBACH
CHIEF U.S. DISTRICT JUDGE