# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GENERAL ORDER

## DIRECTIVES FOR OPERATIONS IN THE ABSENCE OF APPROPRIATIONS
## FOR THE DISTRICT COURT AND BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

IT APPEARING THAT the federal judiciary is currently operating without an appropriation by using fees and no year appropriations; and

IT FURTHER APPEARING THAT the Administrative Office of the United States Courts estimates that those funds may expire on or about January 11, 2019. Once such funds are exhausted, the judiciary will operate under terms of the Anti-Deficiency Act (31 U.S.C. §§ 1341,1342), which allows essential work to continue during a lapse in appropriations; and

IT FURTHER APPEARING THAT the Guide to Judiciary Policy, Volume 13, Chapter 2, §220.30.1 0( c) states that each court shall determine the need for retention of personnel in order to perform the essential work of the judiciary; and

IT FURTHER APPEARING THAT the Eastern District of Wisconsin is currently operating with a reduced number of judicial officers as well as a reduced number of staff in the Clerks' Offices and Probation Office; and

IT FURTHER APPEARING THAT over the recent months all court units have reduced staff levels such that all remaining staff are needed to maintain essential work of the judiciary; therefore

IT IS HEREBY ORDERED THAT this order shall take effect upon the exhaustion of all fees and no year appropriations and be in effect, unless otherwise ordered by the Court, until superseded by an appropriation or continuing resolution; and

IT IS FURTHER ORDERED THAT the Court has determined that the District Judges, Magistrate Judges, Bankruptcy Judges, Clerk of the District Court, Clerk of the Bankruptcy Court, and Chief of Probation and all of their staff in the Milwaukee and Green Bay Divisions are essential to the continued resolution of the cases; and

IT IS FURTHER ORDERED THAT essential staff must report to work during the absence of the appropriation to ensure the activities necessary to support the exercise of the Article III judicial power; the emergency activities necessary for the safety of human life and protection of property; and activities authorized by law, either expressly or by necessary implication; and

IT IS FURTHER ORDERED THAT all cases shall continue as scheduled unless otherwise notified; and

IT IS FURTHER ORDERED THAT all travel, except as approved by the Chief Judge of the District Court shall be avoided; and

IT IS FURTHER ORDERED THAT no new expenditures of funds shall be made without the written approval of the Clerk of the Court to determine funds are available; and

IT IS FURTHER ORDERED THAT no new personnel be hired without the written approval of the Chief Judge; and

IT IS FURTHER ORDERED THAT the General Services Administration and the United States Marshals Service maintain all functions necessary for the continued safe use of all courthouses in the Eastern District of Wisconsin.

Dated this 3rd day of January, 2019.

BY THE COURT:

William C. Griesbach, Chief Judge
U.S. District Court - WIED

G. Michael Halfenger, Chief Judge
U.S. Bankruptcy Court - WIED