UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

In re:   Appointment of Additional CJA Panel Attorneys          _____

## ORDER

The Standing Committee on Indigent Defense for the Eastern District of Wisconsin has recommended the addition of Attorneys Geoffrey Misfeldt, Eric Maciolek, and Lee Schuchart for inclusion on the District's CJA Panel.  The Committee requests the application of Attorney Britteny LaFond be maintained as pending.  Having considered the recommendations of the Committee, the Court hereby approves the inclusion of Attorneys Geoffrey Misfeldt, Eric Maciolet, and Lee Schuchart to the panel for a three-year term.  The application of Attorney Britteny LaFond shall be maintained as pending.

**SO ORDERED** this ___ day of January, 2019.

William C. Griesbach, Chief Judge
United States District Court - WIED