# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

In Re: FIRST STEP ACT of 2018                        **ORDER**

---

In order to ensure that federal prisoners convicted in the Eastern District of Wisconsin who are eligible for relief under the First Step Act of 2018 are able to seek relief,

**IT IS ORDERED THAT:**

Federal Defender Services of Wisconsin, Inc., is hereby appointed to advise individuals convicted in this district of their eligibility for relief and also to represent individuals who arguably benefit from Section 404 of the First Step Act (related to pre-Fair-Sentencing-Act-of-2010 crack sentences) in filing a motion for sentence reduction under the Act.

Further, the United States Sentencing Commission is requested to produce a complete list of all Eastern District defendants who are currently incarcerated based at least in part on a conviction for violating 21 USC § 841 or 21 U.S.C. § 844, related to cocaine base, if the sentence was imposed on or before June 21, 2012, so that Federal Defender Services of Wisconsin, Inc. can determine eligibility for relief under Section 404 of the First Step Act.

Further, Federal Defender Services of Wisconsin, Inc., is also appointed to advise individuals convicted in this district and, where appropriate, to represent them in this Court, related to Section 603 of the First Step Act (compassionate release).

Further, Federal Defender Services of Wisconsin, Inc., is authorized to access presentence reports and other confidential case materials that were previously provided for review of eligibility for relief under previous retroactive guideline amendments and caselaw, in order to represent clients under this order.

Further, the United States Probation Office for the Eastern District of Wisconsin is directed to provide Federal Defender Services of Wisconsin, Inc., with any presentence reports and other confidential case materials not already in the organization's possession that are necessary to represent clients under this order.

Dated at Green Bay, Wisconsin this 8th day of January, 2019.

William C. Griesbach, Chief Judge
U.S. District Court, E.D. of Wisconsin