# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GENERAL ORDER

## DIRECTIVES FOR OPERATIONS IN THE ABSENCE OF APPROPRIATIONS
## FOR THE DISTRICT COURT AND BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN: PHASE 2

The Court having received guidance from the Administrative Office of the Courts that all courts must determine which employees are essential to ongoing operations and that declaring all employees "essential" is not authorized, that portion of the Court's January 3, 2019 General Order designating all employees as essential is hereby vacated. Essential work is that work necessary to support the exercise of Article III judicial power - resolution of cases. The Guide advises that the shutdown plan is to be evaluated on a weekly basis, depending on which activities are occurring in the court and which employees are needed to perform those activities. Accordingly, it is hereby ordered that the Clerks of the District and Bankruptcy Courts, in consultation with the Chief Judges of those Courts, develop shutdown plans to take effect upon the cessation of funds on January 22, 2019. The Chief Probation Officer is likewise directed to develop such a plan. All other provisions of the January 3, 2019 General Order will remain in effect.

Dated this 14th day of January, 2019.

BY THE COURT:

William C. Griesbach, Chief Judge
U.S. District Court - WIED