# DISTRICT COURT PHASE 2 SHUTDOWN PLAN

1. Volume 13, § 220.30.10(e) of the Guide requires courts to have a shutdown plan. Based on guidance received from the Administrative Office, courts must determine which employees are essential to ongoing operations; declaring *all* employees "essential" is not authorized. Essential work is that work necessary to support the exercise of Article III judicial power – resolution of cases. The Guide advises that the shutdown plan is to be evaluated on a weekly basis, depending on which activities are occurring in the court and which employees are needed to perform those activities.

2. Pursuant to Volume 13 § 220.30.15(b), **chambers staff**, including judicial assistants and law clerks, are needed to perform case-resolution activity. All chambers staff of district and magistrate judges are determined to be essential and must report to work as usual. All **pro se staff attorneys** are also necessary to perform essential work. Any deputy clerks assigned to chambers on a full-time basis are also deemed essential. **Court reporters** are deemed essential unless, in the opinion of the clerk of court and court reporter coordinator, there is an extended period of time (one day or more) in which one or more of them is not needed for in-court reporting.

3. Pursuant to 220.30.30, **clerks' office staff** are determined to be essential to the extent they are needed to perform case-resolution activity. Because case resolution activity requires administrative support, certain administrative positions will be deemed essential on a part-time basis. In consultation with managers and supervisors, the clerk of court has determined that during a shutdown, the following departments should reduce their staffing by the following number of non-essential positions on any given day. Being deemed "non-essential" for any period does not mean the employee's contribution to the court is not valuable; instead, it simply means your contribution is not required for a specific day's activities in performing case-resolution activity. These positions tend to fall into longer-term support roles, such as training, statistics, jury planning, space and facilities, and administrative / financial.

4. The following are **furloughs** to be implemented by the applicable managers based on the court's judgment that these positions, or partial positions, are non-essential.

    Operations (front office): 2 positions

    Green Bay: 1 position

    Court Services: 2 positions

    Financial: 2 positions

    Information Technology: 2 positions

Space & Facilities (Chief Deputy Clerk & Tom Augustine): ½ position

Training Director: ½ position

Administrative Support: ½ position

Human Resources: ½ position

5. The managers of each department (financial, operations, information technology) and the clerk of court (HR, training, administrative, space & facilities) will create a weekly schedule naming the specific employees who will be furloughed the following week. The staff members furloughed will depend on the nature of work being performed in court during that week, as determined by the managers, on an equitable and rotating basis. In the case of fractions of positions listed above, this means that in a given week an employee is expected to be at work for part of the week and will be furloughed for the remainder of the week. For example, if a position is listed as ½ position, that employee would be expected to work 20 hours during the week and be furloughed 20 hours during the week, in a schedule developed with his or her manager.

6. Accrual of flex time is suspended during any shutdown period.

7. All managers are deemed essential, and will be expected to perform non-managerial work where required to maintain operations.

8. This plan is subject to revision and may be amended with approval from the chief judge.

William C. Griesbach     Jan, 14, 2019

Chief Judge