UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

In re: Implementation of NextGen CM/ECF

**GENERAL ORDER**

CM/ECF filing for the Eastern District of Wisconsin will suspend operation at 12:00 noon on Friday, April 5, 2019, as the conversion to Next Generation CM/ECF (NextGen) begins. After noon on Friday, April 5, 2019, Notices of Electronic Filing will not issue until NextGen becomes operational on Monday, April 8, 2019. An extension for electronic filing will be granted for all documents with court-imposed deadlines falling between noon on Friday, April 5, 2019, and midnight on Sunday, April 7, 2019. All documents due during that period must be filed on or before Monday, April 8, 2019.

The Clerk will accept documents via email during CM/ECF suspension, if sent to [wied_clerks_milw@wied.uscourts.gov](mailto:wied_clerks_milw@wied.uscourts.gov). Such submissions should be limited to filings with a statute of limitations deadline, requests for emergency injunctive relief, notices of appeal, and similar time-sensitive filings. If counsel or pro se filers have any concern about whether a filing must be submitted to the Clerk to ensure its timeliness, they should submit the filing by email. Documents submitted by email will be deemed filed as of the date received and will be entered on the docket by the Clerk's Office as soon as practical.

Information will be posted on the Court's website on or before Monday, April 8, 2019, as to when NextGen is operational. For counsel and filing parties, previously issued CM/ECF logins and passwords will no longer be operational and all electronic filing will be accomplished using

PACER logins and passwords.[1] Information on the CM/ECF transition process will be updated on the Court's website, and interested parties are encouraged to monitor the website.

Dated at Green Bay, Wisconsin this 12th day of March, 2019.

s/ William C. Griesbach<br>
William C. Griesbach, Chief Judge<br>
United States District Court

---

[1] Each attorney or filing party will need to have an individual PACER account. Shared accounts cannot be used to file electronically. Go to www.pacer.gov to register for a PACER account.