UNITED STATES DISTRICT COURT
EASTERN and WESTERN DISTRICTS OF WISCONSIN

*In re* FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.                    19 - _____

## JOINT ORDER APPOINTING
## E. MARIE BROUSSARD, JAMES FRIEDMAN,
## MICHELLE JACOBS, AND PAYAL KHANDAR

On unanimous suggestion of the Board of Directors of Federal Defender Services, Inc., the undersigned chief judges, on behalf of their respective districts and exercising the power of the judiciary under the Criminal Justice Act Plans of the United States District Courts for the Western and Eastern Districts of Wisconsin,

HEREBY ORDER the three-year appointment of E. Marie Broussard, James Friedman, Michelle Jacobs, and Payal Khandar to the Board of Directors, effective October 1, 2019 and expiring on September 30, 2022.

DONE and ORDERED this 30Th day of August, 2019.

BY THE COURTS:

_____
Hon. James Peterson, Chief Judge
UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

_____
Hon. William C. Griesbach, Chief Judge
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN