# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

In re: TEMPORARY GENERAL ORDER REGARDING REFERRAL OF
CASES ASSIGNED TO CHIEF JUDGE WILLIAM C. GRIESBACH

---

Pursuant to 28 U.S.C. § 636(b)(1), the court hereby enters this temporary order, effective October 21, 2019, referring all pre-trial motions for civil and criminal cases assigned to Chief Judge William C. Griesbach (not otherwise referred to another magistrate judge) to Magistrate Judge James R. Sickel. This motion does not apply to motions for injunctive relief, dispositive motions, motions to suppress evidence in a criminal case, or to permit maintenance of a civil case as a class action, which will if necessary be handled by the assigned duty judge in Milwaukee. This Order shall continue until rescinded by me upon my return from a short-term medical leave.

Dated at Green Bay, Wisconsin this 16 day of October, 2019.

BY THE COURT:

William C. Griesbach, Chief Judge
United States District Court - WIED