UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: APPOINTMENT OF ADDITIONAL PANEL ATTORNEYS   General Order No. 20-1

**ORDER APPOINTING ATTORNEYS ERIC HART AND ANEEQ AHMAD AS CJA PANEL ATTORNEYS**

The Standing Committee on Indigent Defense for the Eastern District of Wisconsin has recommended that the court add Attorneys Eric Hart and Aneeq Ahmad to the district's Criminal Justice Act panel. The court has considered the recommendation, and approves the inclusion of Attorneys Eric Hart and Aneeq Ahmad to the panel, each for a three-year term.

Dated in Milwaukee, Wisconsin this 27th day of February, 2020.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**