UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

In re: Appointment Order            General Order No. 20-7

**ORDER APPOINTING MAGISTRATE JUDGE**

The court has followed the appointment procedures under 28 U.S.C. §631 and the rules and regulations of the Judicial Conference of the United States.

The court **ORDERS** that Stephen C. Dries is **APPOINTED** a United States Magistrate Judge for the United States District Court for the Eastern District of Wisconsin with offices in Milwaukee, Wisconsin.

This appointment shall be for a term of eight (8) years, effective April 7, 2020.

Dated in Milwaukee, Wisconsin this 7th day of April, 2020.

                                       **BY THE COURT:**

                                       **HON. PAMELA PEPPER**
                                       **Chief United States District Judge**