UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: MAGISTRATE JUDGE SELECTION PANEL TO CONSIDER THE RE-APPOINTMENT OF PART-TIME MAGISTRATE JUDGE JAMES R. SICKEL

General Order 20-14

---

The current four-year term of U.S. Magistrate Judge James R. Sickel is due to expire on December 8, 2020. Judge Sickel has expressed an interest in being considered for reappointment to another four-year term. The Article III district judges and magistrate judges in the Eastern District of Wisconsin unanimously have agreed to consider Judge Sickel's reappointment to another four-year term.

The court **ORDERS** that under 28 U.S.C. §631, *et seq.*, and the regulations issued by the Judicial Conference of the United States for the selection, appointment and reappointment of United States Magistrate Judges, that the persons identified below who have consented to serve are appointed to review Judge Sickel's current service as a magistrate judge, together with other experience, the comments from members of the bar and public, and other evidence of Judge Sickel's good character, ability and commitment to equal justice under the law.

Attorney Dan Flaherty, Chair
Professor Vada Lindsey
Patrick Murphy, PhD. (non-lawyer)
Jackie Herd-Barber (non-lawyer)
Attorney Julie P. Wilson
Attorney Michelle L. Jacobs
Attorney Thomas Wickham Schmidt

1

Attorney Scott W. Hansen
Attorney Thomas L. Shriner, Jr.

The court **ORDERS** that the panel must submit its recommendation to the court on or before August 8, 2020.

Dated in Milwaukee, Wisconsin this 11th day of June, 2020.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**