UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

In re: Reappointment of Part-Time  General Order No. 20-21
Magistrate James R. Sickel

---

**ORDER REAPPOINTING MAGISTRATE JUDGE**

---

The four-year term of part-time Magistrate Judge James R. Sickel will expire on December 8, 2020. The court has followed the appointment procedures and requirements under 28 U.S.C. §631 for the reappointment of a part-time magistrate judge, including the establishment of a panel to review the incumbent's service and solicitation of public comment. The merit selection panel has recommended unanimously the reappointment of Magistrate Judge Sickel and the court has duly considered the panel's recommendation.

The court **ORDERS** that James R. Sickel is **REAPPOINTED** a part-time United States Magistrate Judge for the United States District Court for the Eastern District of Wisconsin with offices in Green Bay, Wisconsin.

This appointment shall be for a term of four (4) years, effective December 9, 2020.

Dated in Milwaukee, Wisconsin this 14th day of August, 2020.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

1