UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: REAPPOINTMENT OF CHIEF BANKRUPTCY JUDGE

General Order 20-20

---

## ORDER REAPPOINTING HONORABLE G. MICHAEL HALFENGER TO THE POSITION OF CHIEF BANKRUPTCY JUDGE FOR THE EASTERN DISTRICT OF WISCONSIN

---

On December 29, 2018, the judges of the Eastern District of Wisconsin appointment U.S. Bankruptcy Judge G. Michael Halfenger chief judge of the bankruptcy court for this district. The appointment was effective starting January 1, 2019 for a term of two years, under 28 U.S.C. §154(b). That term will expire on December 31, 2020.

The judges of the Eastern District of Wisconsin have unanimously agreed to reappoint U.S. Bankruptcy Judge G. Michael Halfenger for a second term, this one lasting five years. This appointment will become effective on January 1, 2021.

The court **ORDERS** that, effective January 1, 2021, the Honorable Chief Judge G. Michael Halfenger is **REAPPOINTED** as Chief Bankruptcy Judge for the bankruptcy court for the Eastern District of Wisconsin for a term of **five years**, under 28 U.S.C. §154(b).

Dated in Milwaukee, Wisconsin this 10th day of December, 2020.

BY THE COURT:

**HON. PAMELA PEPPER**
**Chief United States District Judge**

Case 2:00-so-01000    Filed 12/10/20    Page 1 of 1    Document 68