UNITED STATES DISTRICT COURT
EASTERN and WESTERN DISTRICTS OF WISCONSIN

---

IN RE: FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

General Order No. 21-3

---

**JOINT ORDER APPOINTING MARK A. CAMELI, LANNY GLINBERG AND PAJARITA CHARLES TO THE BOARD OF DIRECTORS OF FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.**

---

On the unanimous suggestion of the Board of Directors of Federal Defender Services of Wisconsin, Inc., the undersigned chief judges, on behalf of their respective districts and exercising the power of the judiciary under the Criminal Justice Act Plans of the United States District Courts for the Western and Eastern Districts of Wisconsin, **ORDER** the three-year appointment of Mark A. Cameli, Lanny Glinberg and Pajarita Charles to the Board of Directors, effective *nunc pro tunc* to October 1, 2020 and expiring September 30, 2023.

Dated in Milwaukee and Madison, Wisconsin this 3rd day of February, 2021.

**BY THE COURT:**

s/ *James D. Peterson*
**HON. JAMES D. PETERSON**
**Chief United States District Judge**
**Western District of Wisconsin**

**HON. PAMELA PEPPER**
**Chief United States District Judge**
**Eastern District of Wisconsin**