UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: APPOINTMENT OF ADDITIONAL PANEL ATTORNEYS        General Order No. 21-6

---

**ORDER APPOINTING ATTORNEYS BRIAN DIMMER AND CARL JOHNSON AS CJA PANEL ATTORNEYS**

---

The Standing Committee on Indigent Defense for the Eastern District of Wisconsin has recommended that the court add Attorneys Brian Dimmer and Carl Johnson to the district's Criminal Justice Act panel. The court has considered the recommendation and approves the inclusion of Attorneys John Dimmer and Carl Johnson to the panel, each for a three-year term.

Dated in Milwaukee, Wisconsin this 23th day of February, 2021.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**