UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: STANLEY WHITMORE DAVIS            General Order No. 21-7

**ORDER SUSPENDING ATTORNEY STANLEY WHITMORE DAVIS FROM PRACTICING BEFORE THE COURTS OF THE EASTERN DISTRICT OF WISCONSIN**

The court has received an order issued by the Wisconsin Supreme Court, revoking the license to practice law of STANLEY WHITMORE DAVIS commencing February 17, 2021. Under General Local Rule 83(d)(2) of the Eastern District of Wisconsin, the court **ORDERS** that STANLEY WHITMORE DAVIS is **SUSPENDED** from practicing before the United States District Court, Eastern District of Wisconsin as of February 17, 2021.

The court **ORDERS** that the clerk of court promptly must mail a copy of this order and a copy of General Local Rule 83 to STANLEY WHITMORE DAVIS.

The court **ORDERS** that if STANLEY WHITMORE DAVIS wishes to be reinstated to practice before this court, he must file a written request for reinstatement. If he files such a request, the court will afford him a reinstatement hearing within thirty days of the date the court receives the request.

Dated in Milwaukee, Wisconsin, this 24th day of February, 2021.

BY THE COURT:

_____
HON. PAMELA PEPPER
**Chief United States District Judge**