UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: CRAIG A. KNAPP　　　　　　　　　　　　　　　General Order No. 21-8

---

**ORDER SUSPENDING ATTORNEY CRAIG A. KNAPP FROM PRACTICING BEFORE THE COURTS OF THE EASTERN DISTRICT OF WISCONSIN**

---

The court has received an order issued by the Wisconsin Supreme Court, revoking the license to practice law of CRAIG A. KNAPP commencing February 25, 2021. Under General Local Rule 83(d)(2) of the Eastern District of Wisconsin, the court **ORDERS** that CRAIG A. KNAPP is **SUSPENDED** from practicing before the United States District Court, Eastern District of Wisconsin as of February 25, 2021.

The court **ORDERS** that the clerk of court promptly must mail a copy of this order and a copy of General Local Rule 83 to CRAIG A. KNAPP.

The court **ORDERS** that if CRAIG A. KNAPP wishes to be reinstated to practice before this court, he must file a written request for reinstatement. If he files such a request, the court will afford him a reinstatement hearing within thirty days of the date the court receives the request.

Dated in Milwaukee, Wisconsin, this 26th day of February, 2021.

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**HON. PAMELA PEPPER**
　　　　　　　　　　　　　　　　**Chief United States District Judge**

**General L.R. 83 (d) Discipline**

(**1**) Attorneys practicing before this Court are subject to the Wisconsin Rules of Professional Conduct for Attorneys, as such may be adopted from time to time by the Wisconsin Supreme Court and except as may be modified by this Court. After notice and opportunity to be heard, any attorney who violates those standards of conduct may be barred from practice before this Court, suspended from practice for a definite time, reprimanded, or subjected to such other discipline as the Court may deem proper.

(**2**) Notwithstanding the provisions of General L. R. 83(d)(1), upon learning that any attorney admitted to practice in this Court has been disbarred or suspended from practice (other than for the nonpayment of dues) by the highest court of any state in which the attorney is licensed, this Court may suspend the attorney from practice before this Court. The Clerk of Court must mail a notice of suspension and a copy of this rule to the attorney. Upon request, the attorney must be afforded a reinstatement hearing within 30 days from the date the request is received by the Court. Any attorney admitted to practice or appearing before this Court who is disbarred or suspended in any jurisdiction must promptly report the matter to this Court.

(**3**) The Court, in its discretion, may report any allegation of unethical conduct to the appropriate authority regulating the practice of law in any jurisdiction in which the attorney has been admitted to practice law.