UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE:     COURT OPERATIONS UNDER     General Order No. 21-11
THE EXIGENT CIRCUMSTANCES
CREATED BY COVID-19 AND
RELATED CORONAVIRUS—TERMINATION
OF GRAND JURY "SEQUESTRATION"

---

This order supersedes General Order No. 20-16, dated June 24, 2020.

On June 24, 2020, in the early months of the (COVID-19) outbreak, the court ordered that, as part of its efforts to continue grand jury proceedings while reducing the risk of spreading the virus, grand jurors be kept together during their time in the federal building at 517 East Wisconsin Avenue, that they not separate (including during breaks) and that the Clerk of Court provide a lunch meal for each grand juror serving on a regular grand jury in a clean eating space in the courthouse that allowed the grand jurors to maintain social distancing requirements during the lunch break.

At that time, the number of new infections in Wisconsin was rising consistently, having increased from 18,543 on June 1, 2020 to 25,763 on June 24, 2020—an increase of 7,220 new infections in just over three weeks. There were no vaccines. The CDC and other public health organizations were advising people to stay home whenever possible, wear masks, socially distance and take other precautions.

In the last six months, vaccines have been rolled out and administered; 47% of the eligible population in Wisconsin has been fully vaccinated, and 57.6% of the eligible population over eighteen is fully vaccinated. Between June

1, 2021 and June 24, 2021, Wisconsin reported 2,221 new infections—not an insignificant number by any means, but less than a third of the new infections reported in the same period a year earlier. The CDC has revised its guidance on masks and social distancing for fully vaccinated people.

The court continues to consider guidance on how to reduce the spread of the COVID-19 virus and to minimize the risk it poses; it considers guidance from the Centers for Disease Control and federal, state and local public health authorities. Based on this guidance, the court has taken and continues to take measures to limit the potential spread of the virus while ensuring that the court is able to continue with essential judicial proceedings. The court continues to monitor the spread of COVID-19 in real time and is responding as conditions evolve.

The public interest requires that the court convene sessions of the regular grand jury. The grand jury has been meeting regularly in the year since the court issued the sequestration order and continues to meet. The court and the citizens of the Eastern District benefit from the service of the grand jury's members. Given the improvement in the virus conditions since the court signed the sequestration order, it concludes that at this time, sequestration is no longer necessary. If virus conditions worsen, the court will reconsider this order.

The court **ORDERS** that General Order No. 20-16 requiring that the grand jurors be kept together during their time in the federal building at 517

East Wisconsin Avenue and that they not separate, including during breaks, is **VACATED**.

The court **ORDERS** that as of the date of this order, the Clerk of Court is no longer required to provide a lunch meal for each grand juror serving on a regular grand jury.

Dated in Milwaukee, Wisconsin this 2nd day of July, 2021.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER
Chief United States District Judge**