UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:    APPOINTMENT OF ADDITIONAL    General Order No. 21-14
          PANEL ATTORNEYS

    The Standing Committee on Indigent Defense for the Eastern District of Wisconsin has recommended that the court add Attorneys Michael Levine, John Binder and Travis Crowell to the district's Criminal Justice panel. The court has considered the recommendation and approves the inclusion of Attorneys Levine, Binder and Crowell to the panel, each for a three-year term.

    The Committee also has recommended that the court reappoint Attorneys Calvin Malone and Ed Borda, whose terms recently have expired. The court has considered the recommendation and reappoints Attorneys Calvin Malone and Ed Borda, each for three-year terms, *nunc pro tunc* to commence August 1, 2021.

    Dated in Milwaukee, Wisconsin this 3rd day of December, 2021.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**
