UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: MAGISTRATE JUDGE SELECTION PANEL TO CONSIDER THE RE-APPOINTMENT OF MAGISTRATE JUDGE WILLIAM E. DUFFIN

General Order 21-16

---

The current four-year term of U.S. Magistrate William E. Duffin is due to expire on March 27, 2022. Judge Duffin has expressed an interest in being considered for reappointment to another eight-year term. The Article III district judges and magistrate judges in the Eastern District of Wisconsin unanimously have agreed to consider Judge Duffin's reappointment to another eight-year term.

The court **ORDERS** that under 28 U.S.C. §631, *et seq.*, and the regulations issued by the Judicial Conference of the United States for the selection, appointment and reappointment of United States Magistrate Judges, that the persons identified below who have consented to serve are appointed to review Judge Duffin's current service as a magistrate judge, together with other experience, the comments from members of the bar and public, and other evidence of Judge Duffin's good character, ability and commitment to equal justice under the law.

> Attorney Dan Flaherty, Chair
> Professor Vada Lindsey
> Patrick Murphy, PhD. (non-lawyer)
> Jackie Herd-Barber (non-lawyer)
> Attorney Julie P. Wilson
> Attorney Michelle L. Jacobs
> Attorney Thomas Wickham Schmidt
> Attorney Scott W. Hansen
> Attorney Thomas L. Shriner, Jr.

1

The court **ORDERS** that the panel must submit its recommendation to the court on or before February 15, 2022.

Dated in Milwaukee, Wisconsin this 10th day of December, 2021.

                **BY THE COURT:**

                **HON. PAMELA PEPPER**
                **Chief United States District Judge**

2

Case 2:00-so-01000   Filed 12/10/21   Page 2 of 2   Document 85