UNITED STATES DISTRICT COURT
EASTERN and WESTERN DISTRICTS OF WISCONSIN

IN RE: FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

W.D. ADMIN ORDER NO. 389
E.D. ADMIN ORDER NO. 21-17

## JOINT ORDER APPOINTING SHAR-RON BUIE AND JASON R. MEEHAN TO THE BOARD OF DIRECTORS OF FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

On the unanimous suggestion of the Board of Directors of Federal Defender Services of Wisconsin, Inc., the undersigned Chief Judges, on behalf of their respective districts and exercising the power of the judiciary under the Criminal Justice Act Plans of the United States District Courts for the Western and Eastern Districts of Wisconsin, **ORDER** the three-year appointment of Shar-Ron Buie and Jason R. Meehan to the Board of Directors, effective *nunc pro tunc* to October 1, 2021 and expiring September 30, 2024.

Dated this 15 day of __December__, 2021.

**BY THE COURT:**

**BY THE COURT:**

**Hon. James D. Peterson**
**Chief United States District Judge**
**Western District of Wisconsin**

**Hon. Pamela Pepper**
**Chief United States District Judge**
**Eastern District of Wisconsin**