UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

In re: Reappointment of Magistrate Judge William E. Duffin

General Order No. 22-2

---

**ORDER REAPPOINTING MAGISTRATE JUDGE**

---

The eight-year term of Magistrate Judge William E. Duffin will expire on March 27, 2022. The court has followed the appointment procedures and requirements under 28 U.S.C. §631 for the reappointment of a part-time magistrate judge, including the establishment of a panel to review the incumbent's service and solicitation of public comment. The merit selection panel has recommended unanimously the reappointment of Magistrate Judge Duffin and the court has duly considered the panel's recommendation.

The court **ORDERS** that William E. Duffin is **REAPPOINTED** a United States Magistrate Judge for the United States District Court for the Eastern District of Wisconsin with offices in Milwaukee, Wisconsin.

This appointment shall be for a term of eight (8) years, effective March 28, 2022.

Dated in Milwaukee, Wisconsin this 25th day of February, 2022.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**