UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| IN THE MATTER OF THE APPOINTMENT OF RICHARD G. FROHLING AS UNITED STATES ATTORNEY | General Order No. 22-7 |

---

## ORDER OF APPOINTMENT

---

The court **ORDERS** that, under 28 U.S.C. §546(d), Richard G. Frohling is appointed as the United States Attorney for the Eastern District of Wisconsin, effective April 17, 2022.

Dated in Milwaukee, Wisconsin this 14th day of April, 2022.

                          **BY THE COURT:**

                          _____
                          **HON. PAMELA PEPPER**
                          **Chief United States District Judge**