UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: APPOINTMENT OF ADDITIONAL PANEL ATTORNEYS   General Order No. 23-2

**ORDER APPOINTING ATTORNEY MAY LEE AS CJA PANEL ATTORNEY**

The Standing Committee on Indigent Defense for the Eastern District of Wisconsin has recommended that the court add Attorney May Lee to the district's Criminal Justice Act panel. The court has considered the recommendation and approves the inclusion of Attorney May Lee for a three-year term.

Dated in Milwaukee, Wisconsin this 21st day of March, 2023.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**