UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: APPOINTMENT OF FEDERAL DEFENDER SERVICES OF WISCONSIN, INC. TO ADVISE AND REPRESENT DEFENDANTS WHO MAY BE ELIGIBLE FOR RELIEF UNDER 28 U.S.C. §2255 BASED ON UNITED STATES V. TAYLOR, 142 S. CT. 2015 (2022)

General Order 23-3

---

Under 18 U.S.C. §3006A(a)(2)(B), if a United States magistrate judge or the court determines that the interests of justice so require it, the court may order representation for any person financially unable to obtain adequate representation if that person is seeking relief under 28 U.S.C. §2255. Section IV(D)(2) of this district's Criminal Justice Act plan similarly authorizes the court to appoint counsel in such cases.

The judges of the Eastern District of Wisconsin have determined that the interests of justice require the appointment of counsel to individuals serving prison sentences that may be impacted by the U.S. Supreme Court's decision in United States v. Taylor, ___ U.S. ___, 142 S. Ct. 2015 (2022). The court **ORDERS** the following:

The court **APPOINTS** Federal Defender Services of Wisconsin, Inc. to advise individuals convicted in this district of their eligibility for potential relief resulting from the Court's decision in Taylor.

The court **APPOINTS** Federal Defender Services of Wisconsin, Inc. to file motions under 28 U.S.C. §2255 for those individuals who arguably may benefit

from the Court's decision in Taylor and to represent them in the §2255 proceedings.

The court **REQUESTS** that the United States Sentencing Commission produce a complete list of all Eastern District of Wisconsin defendants who currently are incarcerated based—at least, in part—on a conviction for violations of 18 U.S.C. §924(c), the predicate offense or offenses for which were violations of 18 U.S.C. §1951(a), to enable Federal Defender Services of Wisconsin, Inc. to determine their eligibility for possible relief under the Court's decision in Taylor.

The court **ORDERS** that Federal Defender Services of Wisconsin, Inc. is authorized to access presentence investigation reports and other confidential case materials in advising and representing individuals in the proceedings described in this order.

Dated in Milwaukee, Wisconsin this 22nd day of March, 2023.

BY THE COURT:

**HON. PAMELA PEPPER**
**Chief United States District Judge**