# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

# ORDER

It appearing to the Court that it is desirable to establish a District Court Pro Bono Fund, with uses and limitations as set forth in the attached "Plan for the Administration of the District Court Pro Bono Fund,"

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

Every attorney admitted to practice before this Court shall pay to the Clerk of Court for the Eastern District of Wisconsin a fee of $25.00. This amount of $25.00 collected from every attorney admitted to practice shall be deposited in the District Court Pro Bono Fund to be used in accordance with the previously referred to "Plan for the Administration of the District Court Pro Bono Fund.

**IT IS FURTHER ORDERED** that this order shall become effective on the 17th day of April, 2008.

Dated this 8th day of April, 2008.

BY THE COURT:

*s/ Rudolph T. Randa*

RUDOLPH T. RANDA
Chief United States District Judge