UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

───────────────────────────────────────────────────────────────

IN RE:   JANUARY 8, 2019 ORDER                General Order 23-4
         RE: FIRST STEP ACT OF 2018

───────────────────────────────────────────────────────────────

On January 8, 2019, the court issued a general order appointing Federal Defender Services of Wisconsin, Inc. to advise individuals in the Eastern District of Wisconsin of their eligibility for relief under Section 404 of the First Step Act of 2018, and to represent eligible individuals in filing motions for sentence reductions under that Act. The order also appointed Federal Defender Services of Wisconsin, Inc. to advise individuals regarding relief under Section 603 of the First Step Act and, if appropriate, to represent them in filing compassionate release motions under that Act.

Based on the Seventh Circuit Court of Appeals' decisions in <u>United States v. Foster</u>, 706 F.3d 887 (7th Cir. 2013), <u>United States v. Blake</u>, 986 F.3d 756 (7th Cir. 2021) and <u>United States v. Manning</u>, 5 F.4th 803 (7th Cir. 2021), holding that neither the Constitution nor the Criminal Justice Act (18 U.S.C. §3006A) entitle persons seeking sentence adjustments under the statute to appointed counsel at public expense, the court **ORDERS** that the January 8, 2019 general order is **VACATED**.

Dated in Milwaukee, Wisconsin this 18th day of April, 2023.

                              **BY THE COURT:**

                              _____
                              **HON. PAMELA PEPPER**
                              **Chief United States District Judge**