UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: SEPTEMBER 15, 2014
ADMINISTRATIVE ORDER                              General Order 23-5
RE: PETITIONS FOR RETROACTIVE
APPLICATION OF AMENDMENT
782 TO U.S.S.G. § 2d1.1

---

On September 15, 2014, the court issued an administrative order appointing Federal Defender Services of Wisconsin, Inc. to advise individuals in the Eastern District of Wisconsin of their eligibility for sentence reductions under 18 U.S.C. §3582(c)(2) in connection with the retroactive application of Amendment 782 to §2D1.1 of the U.S. Sentencing Guidelines, and, if appropriate, to file sentence reduction motions for eligible individuals.

Based on the Seventh Circuit Court of Appeals' decisions in United States v. Foster, 706 F.3d 887 (7th Cir. 2013), United States v. Blake, 986 F.3d 756 (7th Cir. 2021) and United States v. Manning, 5 F.4th 803 (7th Cir. 2021), holding that neither the Constitution nor the Criminal Justice Act (18 U.S.C. §3006A) entitle persons seeking sentence adjustments under §3582(c)(2) to appointed counsel at public expense, the court **ORDERS** that the September 15, 2014 administrative order is **VACATED**.

Dated in Milwaukee, Wisconsin this 18th day of April, 2023.

BY THE COURT:

**HON. PAMELA PEPPER**
**Chief United States District Judge**