UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: ORDER VACATING GENERAL ORDER 20-5 REGARDING CJA PANEL ATTORNEYS INTERIM VOUCHERS/COMPENSATION       General Order 23-6

On March 25, 2020, the court issued General Order 20-5, ordering that until further order of the court, Criminal Justice Act panel attorneys could, without seeking prior court approval, submit interim vouchers for compensation as long as the amount sought in the voucher exceeded $500 and the attorney did not submit the voucher within two months of having submitted a prior interim voucher in the same matter. The court issued this order in response to the emergence of the COVID-19 virus; because the judges in this district had adjourned many criminal hearings until arrangements could be made to hold such hearings safely, the order allowed CJA panel lawyers to submit payment vouchers earlier than the "45 days after the final disposition of the case" mandated by Section 230.13 of the Guide to Judiciary Policy's Compensation and Expenses of Appointed Counsel provisions.

The court's general, blanket adjournment of criminal proceedings ceased some time ago, in part due to the CARES Act's authorization for courts to conduct certain felony criminal hearings by teleconference or videoconference and in part due to vaccines and other medical advances that reduced the risk of in-person hearings.

On April 10, 2023, the President signed a congressional resolution bringing the COVID-19 national emergency to an end. As a result, the court's

1

CARES Act authority to hold certain criminal proceedings by teleconference or videoconference will expire on May 10, 2023.

Because circumstances no longer justify an exception to the interim voucher and compensation rules, regulations and guidelines promulgated by the Judicial Conference of the United States and the Administrative Office of the United States Courts, the court **ORDERS** that General Order 20-5, In re: CJA Panel Attorneys Interim Vouchers/Compensation, is **VACATED** effective **May 1, 2023**.

Dated in Milwaukee, Wisconsin this 18th day of April, 2023.

                **BY THE COURT:**

                _____
                **HON. PAMELA PEPPER**
                **Chief United States District Judge**