UNITED STATES DISTRICT COURT
EASTERN AND WESTERN DISTRICTS OF WISCONSIN

---

IN RE: FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

W.D. ADMIN. ORDER NO. 428
E.D. ADMIN. ORDER NO. 24-1

---

**JOINT ORDER APPOINTING DANIEL BLINKA, LEE SCHUCHART AND ZAKI ZEHAWI TO THE BOARD OF DIRECTORS OF FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.**

---

On the unanimous suggestion of the Board of Directors of Federal Defender Services of Wisconsin, Inc., the undersigned Chief Judges, on behalf of their respective districts and exercising the power of the judiciary under the Criminal Justice Act Plans of the United States District Courts for the Western and Eastern Districts of Wisconsin, **ORDER** the appointment of Daniel Blinka, Lee Schuchart and Zaki Zehawi to the Board of Directors, effective September 30, 2024 for an initial three-year term expiring September 30, 2027, and with eligibility for a second and final three-year term expiring September 30, 2030.

Dated in Milwaukee and Madison, Wisconsin this 15th day of May, 2024.

**BY THE COURT:**

_____
**HON. JAMES D. PETERSON**
**Chief United States District Judge**
**Western District of Wisconsin**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**
**Eastern District of Wisconsin**