UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: APPOINTMENT OF ADDITIONAL PANEL ATTORNEYS  General Order No. 24-2

---

## ORDER APPOINTING ATTORNEYS MICHAEL KAWI AND ZAKI ZEHAWI AS CJA PANEL ATTORNEYS

---

The Standing Committee on Indigent Defense for the Eastern District of Wisconsin has recommended that the court add Attorneys Michael Kawi and Zaki Zehawi to the district's Criminal Justice Act panel. The court has considered the recommendation and approves the inclusion of Attorneys Michael Kawi and Zaki Zehawi to the panel, each for a three-year term.

Dated in Milwaukee, Wisconsin this 15th day of May, 2024.

BY THE COURT:

**HON. PAMELA PEPPER**
**Chief United States District Judge**