UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: MAGISTRATE JUDGE SELECTION PANEL TO CONSIDER THE APPOINTMENT OF PART-TIME MAGISTRATE JUDGE

General Order 24-3

---

U.S. Magistrate Judge James R. Sickel has announced his retirement, effective December 8, 2024. The Article III district judges have unanimously determined that the vacancy created by Judge Sickel's resignation be filled and that a Merit Selection Panel of persons who have agreed to assist the court in the selection of a new part-time magistrate judge be appointed. The request to fill the vacancy has been approved by both the Seventh Circuit Judicial Council and the Judicial Conference of the United States. All panel members have been advised in writing of the restriction set forth in §420.30.20(d) of the Regulations of the Judicial Conference of the United States Establishing Standards and Procedures for the Appointment and Reappointment of United

The court **ORDERS** that under 28 U.S.C. §631, *et seq.*, and the regulations issued by the Judicial Conference of the United States for the selection, appointment and reappointment of United States Magistrate Judges, the persons identified below who have consented to serve are appointed to screen applications and recommend for consideration by the court up to five candidates for the position of part-time United States Magistrate Judge in the Eastern District of Wisconsin, Green Bay Division created by the resignation of Magistrate Judge James R. Sickel.

1

Attorney Dan Flaherty, Chair
Professor Vada Lindsey
Patrick Murphy, PhD. (non-lawyer)
Jackie Herd-Barber (non-lawyer)
Attorney Julie P. Wilson
Attorney Michelle L. Jacobs
Attorney Thomas Wickham Schmidt
Attorney Scott W. Hansen
Attorney Thomas L. Shriner, Jr.

The court **ORDERS** that the panel must submit its recommendations to the court on or before August 16, 2024.

Dated in Milwaukee, Wisconsin this 21st day of May, 2024.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**