U.S. DISTRICT COURT
EASTERN DISTRICT
FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

2013 MAR 11 P 2: 51
JON W. SANFILIPPO
CLERK

General Order No.: **13 MISC 13**

## GENERAL ORDER REGARDING DEPOSIT AND INVESTMENT OF CASH BAIL

The Court, having determined that it is necessary to adopt local procedures to ensure uniformity in the deposit and investment of cash bail deposited in the Court's Registry, unless otherwise provided for elsewhere herein, all cash bail received by the Court for any case pending or in the process of adjudication shall be deposited with the Treasurer of the United States, in the name and to the credit of this court, pursuant to 28 U.S.C. § 2041.

Upon receipt of an individual cash bail deposit of $5,000 or more, the Clerk of Court is directed to place said funds in an interest-bearing account in the Court Registry Investment System ("CRIS"), which is administered by the Administrative Office of the United States Courts under 28 U.S.C. § 2045. A separate account for each case will be established in CRIS titled in the name of the case giving rise to the investment in the fund, and interest income will be distributed to each case. Pursuant to 28 U.S.C. § 1913, the Court is authorized and directed to deduct the registry fee for maintaining accounts in CRIS. The proper registry fee shall be determined on the basis of the

rates established by the Director of the Administrative Office of the United States Courts as authorized by the Judicial Conference.

**IT IS FURTHER ORDERED** that no funds may be paid out of the Court's Registry except by order of the Court. Any such order shall distinctly set forth the funds in question and name of the payee. The Clerk of Court shall disburse registry principal and, if applicable, interest income less the registry fee assessment, pursuant to the court's order.

**SO ORDERED** this ___th day of ___March___, 2013.

_____William C. Griesbach_____
Chief Judge
US District Court
Eastern District of Wisconsin