UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GENERAL ORDER RE:  General Order No. 24-4
RATES FOR TRANSCRIPT PREPARATION

---

Under 28 U.S.C. §753(f), court reporters employed by the court may charge and collect fees for transcripts requested by the parties, including the United States, at rates prescribed by the court subject to the approval of the Judicial Conference. (Reporters shall not charge a fee for any copy of a transcript delivered to the clerk for the records of the courts.)

The court **ORDERS** that the schedule of transcript fees for court reporters and transcribers in the Eastern District of Wisconsin (reflected on the court's web site) consists of the maximum rates established by the Judicial Conference of the United States. Whenever the Judicial Conference of the United States increases the maximum rates, the schedule of transcript fees for the Eastern District of Wisconsin will increase accordingly.

Dated in Milwaukee, Wisconsin this 15th day of October, 2024.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**