# MEMORANDUM OF UNDERSTANDING
# REGARDING SERVICE OF PROCESS

This Memorandum of Understanding Regarding Service of Process (the "SOP MOU") is between the United States District Court for the Eastern District of Wisconsin (the "court") and Milwaukee County, by and through the Milwaukee County Office of Corporation Counsel (hereinafter, the "OCC"). The purpose of the SOP MOU is to memorialize an agreed upon procedure by which the OCC will seek to obtain authority to accept service of process on behalf of defendants who are current or former employees of Milwaukee County in litigation commenced by persons proceeding pro se.

1. Notice: The court will notify via Notice of Electronic Filing (NEF) the OCC of the following filings:

    a. Upon the filing of a complaint by a plaintiff proceeding pro se, the court will notify the OCC and any other individuals listed on Exhibit A to the SOP MOU by adding the designated e-mail addresses to receive notice of an access to all public filings in the case. This will include the order screening the complaint, the consent to magistrate judge form, and, if applicable, directing its service on defendants. Exhibit A will be updated from time to time as necessary by the parties to the SOP MOU.

    b. Upon issuing and order to show cause on a 28 U.S.C. § 2241 habeas corpus petition, the court will notify the OCC and any other individuals listed on Exhibit A to this SOP MOU by adding the designated e-mail addresses to receive notice of and access to all public filings in this case. This will include the order screening the petition and, if applicable, directing its service on respondents. Exhibit A will be updated from time to time as necessary by the parties to this SOP MOU.

2. Service:

    a. The OCC will seek to obtain authority from the named defendants to accept service on process on their behalf.

    b. The OCC will inform the court within thirty days from the date of the order directing service of the names of those defendants on whose behalf the OCC will accept service of process.

    c. The OCC also will inform the court of the names of those defendants on whose behalf the OCC will not accept service of process, the reason for not accepting service for them, and the last known address of those defendants. Service on these defendants will be the responsibility of the United States Marshal's Service.

    d. The OCC will provide the pleadings to those defendants on whose behalf the OCC has agreed to accept service of process.

3. Response Deadline:

    a. For the defendants on whose behalf the OCC has accepted service, the OCC has sixty days from the date it receives electronic notice of the order screening the plaintiff's complaint and directing service to answer or otherwise plead to the complaint.

    b. The court will set a response deadline for a habeas corpus petition in the order to show cause.

4. Termination: Either party may seek revision of this SOP MOU within six months after the document is signed. After six months, either party may terminate the SOP MOU with sixty days written notice to the other party.

5. Effect: No obligations arise from NEFs received pursuant to the SOP MOU prior to the OCC's acceptance service of the complaint on behalf of the defendants.


_____     01/07/2025
Gina M. Colletti                Date
Clerk of Court
Eastern District of Wisconsin


_____     01/30/2025
Karen L. Tidwall                Date
Deputy Corporation Counsel
Milwaukee County Office of
Corporation Counsel

Exhibit A

Karen L. Tidwall, Deputy Corporation Counsel, Milwaukee County Office of Corporation Counsel
    Karen.Tidwall@milwaukeecountywi.gov

James Novotny, Captain, Milwaukee County Sheriff's Office
    James.Novotny@milwaukeecountywi.gov

Brent Smoot, Captain, Milwaukee County Sheriff's Office
    Brent.Smoot@milwaukeecountywi.gov

Brian Barkow, Inspector, Milwaukee County Sheriff's Office
    Brian.Barkow@milwaukeecountywi.gov

Mary Yu, Office Manager, Milwaukee County Sheriff's Office
    Mary.Yu@milwaukeecountywi.gov

Molly Zillig, Chief Legal and Compliance Officer, Milwaukee County Sheriff's Office
    Molly.Zillig@milwaukeecountywi.gov

Stephanie Mackey, Paralegal, Milwaukee County Office of Corporation Counsel
    Stephanie.Mackey@milwaukeecountywi.gov

Lashae Frazier, Legal Assistant, Milwaukee County Office of Corporation Counsel
    Lashae.Frazier@milwaukeecountywi.gov

Brian J. Knee, Vice President of Claims & Litigation, Aegis LLC
    Brian.Knee@charlestaylor.com

Nenad Markovic, Program Claims Manager, Risk Management
    Nenad.Markovic@milwaukeecountywi.gov

Adam Abelson, Director, Risk Management
    Adam.Abelson@milwaukeecountywi.gov