# MEMORANDUM OF UNDERSTANDING REGARDING LIMITED CONSENT TO MAGISTRATE JUDGE JURISDICTION TO CONDUCT INITIAL CASE SCREENING

1. This Memorandum of Understanding Regarding Limited Consent to Magistrate Judge Jurisdiction to Conduct Initial Case Screening ("Limited Consent MOU") is between the United States District Court for the Eastern District of Wisconsin (the "court") and Milwaukee County by and through the Milwaukee County Office of Corporation Counsel (hereinafter, the "OCC").

2. The Limited Consent MOU pertains to civil cases involving exclusively a defendant that is Milwaukee County, its departments, its former or current employees, boards, or elected officials (collectively, "County Defendant") that is sued by a private plaintiff who is either (1) incarcerated and asserting a cause of action under 42 U.S.C. § 1983 that must be initially screened by the District Court under 28 U.S.C. § 1915A; or (2) is not incarcerated but requests in forma pauperis status, which request must be initially screened by the District Court under 28 U.S.C. §§1915(a) and 1915(e)(2)(8).

3. In cases described in paragraph 2, the OCC hereby enters a limited consent to the exercise of jurisdiction by United States Magistrate Judges to: (1) conduct the initial screen described in 28 U.S.C. § 1915A and 28 U.S.C. §§ 1915(a) & 1915(e)(2)(B), *see* 28 U.S.C. 636(c) and Fed. R. Civ. P. 73; (2) determine in the initial screen a motion for injunctive relief, *see* 28 U.S.C. § 636(b)(l)(A); (3) determine in the initial screen a request for maintenance of a class action, *see id.;* and (4) involuntarily dismiss an action before the initial screen, *see id.*

4. If any part of the case survives initial screening, then service of process will proceed in accordance with the Memorandum of Understanding Regarding Service of Process between the court and the OCC ("SOP MOU"). If the OCC agrees to accept service of process on behalf of a County Defendant pursuant to the SOP MOU procedure, such County Defendant will be provided the opportunity either to consent to the continued exercise of jurisdiction by the Magistrate Judge who conducted the initial screen or to refuse consent, in which instance the case will be randomly reassigned to a United States District Judge for final adjudication.

5. The OCC and the court understand that, under Fed. R. Civ. P. 73(b)(2), a County Defendant may refuse to consent without adverse substantive consequences.

6. The Limited Consent MOU may be terminated by either party on sixty days' written notice.

_____  01/07/2025
Gina M. Colletti                Date
Clerk of Court
Eastern District of Wisconsin

_____  01/30/2025
Karen L. Tidwall                Date
Deputy Corporation Counsel
Milwaukee County Office of
Corporation Counsel