UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

In re: Appointment Order  General Order No. 25-4

---

**ORDER APPOINTING MAGISTRATE JUDGE**

---

The court has followed the appointment procedures under 28 U.S.C. §631 and the rules and regulations of the Judicial Conference of the United States.

The court **ORDERS** that Tiffany E. Woelfel is **APPOINTED** a part-time United States Magistrate Judge for the United States District Court for the Eastern District of Wisconsin with offices in Green Bay, Wisconsin.

This appointment shall be for a term of four (4) years, effective April 25, 2025.

Dated in Milwaukee, Wisconsin this 25th day of April, 2025.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**