UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: PROCEDURES FOR ACCESS AND MANAGEMENT OF SEALED AND RESTRICTED DOCUMENTS

General Order No. 25-7

---

A recent escalation in cyberattacks on the CM/ECF systems of federal courts requires the implementation of new procedures for the storage and management of sealed documents. Accordingly, the court **ORDERS**:

1. **Electronic Access to Sealed and Restricted Documents**. Parties should continue to file sealed and restricted documents in CM/ECF under existing [procedures](#). The court **ORDERS** that non-court filers no longer may access or view sealed and restricted documents by electronic means.

2. **Service of Sealed and Restricted Documents Filed in CM/ECF**. Because sealed and restricted documents filed in CM/ECF no longer are accessible or viewable electronically by non-court filers, the court **ORDERS** that non-court filers no longer may serve sealed and restricted documents through CM/ECF. Parties must serve sealed and restricted documents by other appropriate means and must file a certificate of service as required by the Federal Rules of Civil and Criminal Procedure. The court will serve sealed and restricted documents issued by the court in paper format, by mail.

3. **Highly Sensitive Documents (HSDs)**. Sealed documents that meet the definition of HSDs will continue to be subject to the court's procedures for the filing, service and management of highly sensitive documents, as outlined in the court's [General Order 25-6](#).

1

4. **Questions About Sealed and Restricted Document Filing Procedures**. Please direct any questions about the filing of and access to sealed and restricted documents to the clerk's office at 414-297-3372.

Dated in Milwaukee, Wisconsin this 26th day of September, 2025.

BY THE COURT:

_____
**HON. PAMELA PEPPER
Chief United States District Judge**