UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: APPOINTMENT OF ADDITIONAL PANEL ATTORNEYS     General Order No. 25-8

**ORDER APPOINTING ATTORNEYS TIM HOGAN, DANIEL MURPHY, AMANDA SKORR AND JOSH ULLER AS CJA PANEL ATTORNEYS**

The Standing Committee on Indigent Defense for the Eastern District of Wisconsin has recommended that the court add Attorneys Tim Hogan, Daniel Murphy, Amanda Skorr and Josh Uller to the district's Criminal Justice Act Panel. The court has considered the recommendation and approves the inclusion of Attorneys Hogan, Murphy, Skorr and Uller to the panel.

Dated in Milwaukee, Wisconsin this 30th day of September, 2025.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**