UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: ASSIGNMENT OF CIVIL CASES FILED BY SELF-REPRESENTED PLAINTIFFS

General Order No. 25-9

---

## ORDER REGARDING THE ASSIGNMENT OF CIVIL CASES FILED BY SELF-REPRESENTED PLAINTIFFS

---

In civil cases where the plaintiff is self-represented and has one or more pending civil cases, any new civil case filed by that plaintiff shall be assigned to the judge presiding over the plaintiff's lowest numbered pending civil case.

Dated in Milwaukee, Wisconsin this 2nd day of October, 2025.

BY THE COURT:

**HON. PAMELA PEPPER**
**Chief United States District Judge**

1