# Memorandum of Understanding Regarding Habeas Corpus Petitions filed under 28 U.S.C. § 2241- Federal Detainees

This Memorandum of Understanding (the "MOU") is between the United States District Court for the Eastern District of Wisconsin (the "Court") and the United States Attorney's Office for the Eastern District of Wisconsin (hereinafter, the "USAO"). The purpose of the MOU is to memorialize an agreed upon procedure by which the USAO can receive timely notification and service of habeas corpus petitions filed under 28 U.S.C. § 2241 involving federal detainees.

1. Notice: The Court will notify the USAO via Notice of Electronic Filing of the following filings:

    a. Upon the filing of a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 against a federal government agency or employee, or against the jail custodian of a federal detainee, the court will notify the USAO by adding the persons and their designated e-mail addresses listed on Exhibit A (the "USAO designees") to the ECF system as persons authorized to receive notice of all case filings, after which the USAO designees will receive email notices of the petition and the consent to magistrate judge form and all future filings in the case. Exhibit A will be updated from time to time as necessary by the parties to the MOU.

    b. Upon receipt of the ECF Notice of the petition, the USAO designees and/or the assigned Assistant U.S. Attorney will promptly enter a Notice of Appearance for any federal respondents named in the petition and any other respondents that authorize the USAO to represent them. After filing a Notice of Appearance, the USAO designees and/or the assigned Assistant U.S. Attorney will receive access to all public or restricted filings in the case.

2. Service:

    a. The receipt by the USAO designees of any ECF Notice of the petition and any subsequent order to show cause, screening petition or other Court order will constitute valid service of the petition and order on the USAO.

    b. The USAO agrees to respond to the substance of the petition on behalf of the federal detainee's custodian and any federal respondents named in the petition. Any response deadline ordered by the Court shall not begin to run until the ECF Notice of the order setting the deadline is received by the USAO designees. The USAO will seek to notify any federal or non-federal respondents of the filing of the petition and subsequent orders and, if authorized, will agree to accept service on their behalf.

3. Termination: Either party may seek revision of this MOU at any time. Either party may terminate the MOU with sixty days written notice to the other party.

4. Effect: No obligations arise from Notices of Electronic Filing received pursuant to the MOU prior to the USAO's acceptance of service on behalf of the USAO.

_____  12/10/2025
Linda Klemm                Date
Clerk of Court
Eastern District of Wisconsin

_____  12/10/2025
Brad D. Schimel            Date
United States Attorney
Eastern District of Wisconsin

2

Exhibit A

Chris R. Larsen, Assistant U.S. Attorney, Chief, Civil Division, Eastern District of Wisconsin
    Chris.Larsen@usdoj.gov
Mike A. Carter, Assistant U.S. Attorney, Deputy Chief, Civil Division, Eastern District of Wisconsin
    Michael.A.Carter@usdoj.gov