UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: APPOINTMENT OF CHIEF BANKRUPTCY JUDGE

General Order No. 25-11

---

## ORDER APPOINTING KATHERINE M. PERHACH TO THE POSITION OF CHIEF BANKRUPTCY JUDGE FOR THE EASTERN DISTRICT OF WISCONSIN

---

On December 29, 2018, the judges of the Eastern District of Wisconsin appointed U.S. Bankruptcy Judge G. Michael Halfenger chief judge of the bankruptcy court for this district. The two-year appointment was effective starting January 1, 2019 and subsequently the judges extended the appointment effective January 1, 2021 for a period of five years. Judge Halfenger's term will expire on December 31, 2025.

The judges of the Eastern District of Wisconsin unanimously have agreed to appoint U.S. Bankruptcy Judge Katherine M. Perhach chief judge for the bankruptcy court for this district for a term of seven years. This appointment will become effective on January 1, 2026.

The court **ORDERS** that, effective January 1, 2026, the Honorable Judge Katherine M. Perhach is **APPOINTED** Chief Bankruptcy Judge for the bankruptcy court for the Eastern District of Wisconsin for a term of **seven (7) years**, under 28 U.S.C. §154(b).

Dated in Milwaukee, Wisconsin this 22nd day of December, 2025.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**