---

IN RE:      MAGISTRATE JUDGE SELECTION      General Order 26-1
PANEL TO CONSIDER THE
REAPPOINTMENT OF MAGISTRATE
JUDGE NANCY JOSEPH

---

The current eight-year term of United States Magistrate Judge Nancy Joseph is due to expire on November 14, 2026. Judge Joseph has expressed an interest in being considered for reappointment to another eight-year term. The Article III district judges and magistrate judges in the Eastern District of Wisconsin unanimously have agreed to consider Judge Joseph's reappointment to another eight-year term.

The court **ORDERS** that under 28 U.S.C. §631, *et seq.*, and the regulations issued by the Judicial Conference of the United States for the selection, appointment and reappointment of United States Magistrate Judges, the persons identified below who have consented to serve are appointed to review Judge Joseph's current service as a magistrate judge, together with other experience, the comments from members of the bar and public and other evidence of Judge Joseph's good character, ability and commitment to equal justice under the law.

Attorney Daniel T. Flaherty, Chair
Attorney Scott W. Hansen
Jackie Herd-Barber (non-lawyer)
Attorney Michelle L. Jacobs
Professor Vada Lindsey
Patrick Murphy, PhD. (non-lawyer)
Attorney Thomas Wickham Schmidt
Attorney Thomas L. Shriner, Jr.
Attorney Julie P. Wilson

1

The court **ORDERS** that the panel must submit its recommendation to the court on or before **June 9, 2026**.

Dated in Milwaukee, Wisconsin this 12th day of March, 2026.

BY THE COURT:

_____

HON. PAMELA PEPPER
Chief United States District Judge