UNITED STATES DISTRICT COURT
EASTERN AND WESTERN DISTRICTS OF WISCONSIN

---

IN RE:  FEDERAL DEFENDER SERVICES     W.D. ADMIN. ORDER NO. 465
    OF WISCONSIN, INC.     E.D. ADMIN. ORDER NO. 26-3

---

## JOINT ORDER APPOINTING MICHAEL STEINLE, LEAH THOMAS AND LYNN STATHAS TO THE BOARD OF DIRECTORS OF FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

---

On the unanimous suggestion of the Board of Directors of Federal Defender Services of Wisconsin, Inc., the undersigned chief judges, on behalf of their respective districts and exercising the power of the judiciary under the Criminal Justice Act Plans of the United States District Courts for the Western and Eastern Districts of Wisconsin, **ORDER** the appointment of Michael Steinle, Leah Thomas and Lynn Stathas to the Board of Directors, effective September 30, 2026 for an initial three-year term expiring September 30, 2029, and with eligibility for a second and final three-year term expiring September 30, 2032.

Dated in Milwaukee and Madison, Wisconsin this 22nd day of June, 2026.

**BY THE COURT:**

**HON. JAMES D. PETERSON**
**Chief United States District Judge**
**Western District of Wisconsin**

**HON. PAMELA PEPPER**
**Chief United States District Judge**
**Eastern District of Wisconsin**