UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:    APPOINTMENT OF ADDITIONAL    General Order No. 26-4
          PANEL ATTORNEYS

## ORDER APPOINTING ATTORNEYS WM. MICHAEL WHELAN, MACKENZIE CHRISTENSEN AND NICOLE MORELY AS CJA PANEL ATTORNEYS

The Standing Committee on Indigent Defense for the Eastern District of Wisconsin has recommended that the court add Attorneys Wm. Michael Whelan, Mackenzie Christensen and Nicole Marley to the district's Criminal Justice Act panel. The court has considered the recommendation and approves the appointment of Attorney Whelan to the Milwaukee panel, contingent upon his relocation to the Milwaukee area. The court approves the appointment of Attorneys Mackenzie Christensen and Nicole Marley to the Green Bay Panel.

Dated in Milwaukee, Wisconsin this 21st day of July, 2026.

BY THE COURT:

**HON. PAMELA PEPPER**
**Chief United States District Judge**

1