UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: REAPPOINTMENT OF MAGISTRATE JUDGE NANCY JOSEPH

General Order No. 26-6

---

**ORDER REAPPOINTING MAGISTRATE JUDGE**

---

The eight-year term of Magistrate Judge Nancy Joseph will expire on November 14, 2026. The court has followed the appointment procedures and requirements under 28 U.S.C. §631 for the reappointment of a full-time magistrate judge, including the establishment of a panel to review the incumbent's service and solicitation of public comment. The merit selection panel has recommended unanimously the reappointment of Magistrate Judge Joseph and the court has duly considered the panel's recommendation.

The court **ORDERS** that Nancy Joseph is **REAPPOINTED** a United States Magistrate Judge for the United States District Court for the Eastern District of Wisconsin with offices in Milwaukee, Wisconsin.

This appointment shall be for a term of eight (8) years, effective November 15, 2026.

Dated in Milwaukee, Wisconsin this 19th day of October, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**